**J.G.B. ENTERPRISES, INC.,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**J.G.B. Enterprises, Inc.,**
**Plaintiff–Appellee,**

v.

**United States, Defendant–Appellant.**

**Nos. 2005–5064, 2005–5065.**

United States Court of Appeals, Federal Circuit.

Aug. 8, 2006.

ON MOTION

### *ORDER*

Upon consideration of J.G.B. Enterprises' motion to voluntarily dismiss its appeal

from the judgment of the United States Court of Federal Claims in case no. 01–680, or in the alternative for an extension of time to file its brief,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. Each side shall bear its own costs in 2005–5064.

(2) The alternative motion for an extension of time is denied as moot.

(3) The United States' brief in 2005–5065 is due within 60 days of the date of filing of this order.